UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Omer Waqas Khwaja,

                Plaintiff,

-against-

Jobs to Move America, et al.,

                Defendants.

1:19-cv-07070 (GBD) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

*Pro se* Plaintiff's response to Defendants' motion to stay discovery (ECF No. 46) was to be filed by March 5, 2020 and is now past due. (*See* ECF No. 45.) Plaintiff shall respond to Defendants' motion no later than Monday, March 16, 2020, otherwise it will be granted on default.

The Clerk of the Court is respectfully requested to mail this Order to *Pro Se* Plaintiff at the address indicated on the docket.

**SO ORDERED.**

DATED:    New York, New York
              March 9, 2020

_____
STEWART D. AARON
United States Magistrate Judge