UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Omer Waqas Khwaja,

                Plaintiff,

-against-

Jobs to Move America,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

1:19-cv-07070 (GBD) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The Court is in receipt of Defendants' Motion to Stay discovery pursuant to Federal Rule of Civil Procedure 26(c) pending Judge Daniels' ruling on my Report and Recommendation, as well as Plaintiff's objections. (Motion, ECF No. 46.) Because Judge Daniels' adoption of my Report and Recommendation, in whole or in part, would narrow the scope of relevant discovery, Defendants' Motion is GRANTED.

**SO ORDERED.**

DATED:    New York, New York
                March 16, 2020

_____
STEWART D. AARON
United States Magistrate Judge