UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:_ 10/08/2020
```

Omer Waqas Khwaja,

                              Plaintiff,

            -against-

Jobs to Move America,

                              Defendants.

1:19-cv-07070 (JPC) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:

The parties shall appear via Telephone for a conference in the above-captioned matter on Thursday, October 15, 2020, at 12:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:      New York, New York
            October 8, 2020

STEWART D. AARON
United States Magistrate Judge