```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Omer Waqas Khwaja,

                Plaintiff,

-against-

Jobs to Move America,

                Defendants.

1:19-cv-07070 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on June 15, 2020, Plaintiff, who at the time was proceeding *pro se*, filed a Letter attaching a proposed Amended Complaint (ECF No. 56); and

WHEREAS, during today's telephone conference Plaintiff, now appearing through counsel, sought leave to file a revised Amended Complaint with the benefit of counsel.

NOW, THEREFORE, it is hereby ORDERED as follows:

1. Plaintiff is granted leave to file a revised Amended Complaint no later than Monday, November 16, 2020.

2. Defendants shall answer, move or otherwise respond to the Amended Complaint no later than Wednesday, December 16, 2020.

3. The parties shall appear, via telephone, for a status conference in this action on Thursday, December 17, 2020 at 10:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:   New York, New York
         October 15, 2020

_____
STEWART D. AARON
United States Magistrate Judge