```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| Omer Waqas Khwaja,<br><br>                    Plaintiff,<br><br>    -against-<br><br>Jobs to Move America et al.,<br><br>                    Defendants. | 1:19-cv-07070 (GBD) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Pursuant to ECF No. 67, a telephonic status conference in this action was scheduled for today at 10:00 a.m. At approximately 10:15 a.m., with no party having appeared, the Court reached out to counsel for the parties via email and telephone. At 10:30 a.m., with no party having appeared, the Court concluded the call.

Pending before the Court is a motion to dismiss filed by Defendants on December 21, 2020 (ECF No. 68). Pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda were to be served within 14 days after service of the moving papers; thus, any opposition papers from Plaintiff were due to be served by January 4, 2021, and the docket does not reflect such service. Nevertheless, in order that Plaintiff not suffer a default, the Court hereby extends the deadline for Plaintiff to serve any opposition papers to January 20, 2021; Plaintiff shall file any such papers with the Court no later than that date. Defendants shall serve and file with the Court any reply papers no later than February 1, 2021.

**SO ORDERED.**

DATED:      New York, New York
            January 6, 2021

                                                                                                     _____
                                                                                                     STEWART D. AARON
                                                                                                     United States Magistrate Judge