UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Omer Waqas Khwaja,

      Plaintiff,

-against-

Jobs to Move America et al.,

      Defendants.



1:19-cv-07070 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  The parties are directed to appear for a telephone conference on Tuesday, September 14, 2021, at 11:00 a.m. EDT to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

  No later than Friday, September 10, 2021, the parties shall file a joint letter proposing a schedule for completion of discovery.

**SO ORDERED.**

DATED:  New York, New York
      September 2, 2021

              _____
              STEWART D. AARON
              United States Magistrate Judge