UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Omer Waqas Khwaja,

                Plaintiff,

-against-

Jobs to Move America et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021

1:19-cv-07070 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The parties shall submit another joint letter regarding the status of discovery on Friday, April 8, 2022.

**SO ORDERED.**

DATED:    New York, New York
                  December 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge