**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
OMER WAQAS KHWAJA,

                Plaintiff,                19 **CIVIL** 7070 (JPC)(SDA)

    -against-                            **<u>JUDGMENT</u>**

JOBS TO MOVE AMERICA et al.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2023, having resolved Khwaja's objections and further conducted de novo review of the Report and Recommendation, the Court agrees that the Defendants' motion for summary judgment should be granted. Accordingly, the Court has ADOPTED the Report and Recommendation essentially in full, with the lone minor modification that "8:37 a.m." in footnote four should read "1:02 p.m."; accordingly, the case is closed.

**Dated:**  New York, New York
          March 31, 2023

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                    **BY:**          *K. Mango*

                                                          **Deputy Clerk**